JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| LEONEL RIVAS,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and Does 1 to 25,<br><br>Defendants. | CASE NO. 5:26-cv-00630<br><br>**ORDER GRANTING STIPULATION TO LIMIT PLAINTIFF'S DAMAGES AND REMAND** |

IT IS HEREBY ORDERED that the stipulation is granted and the case be REMANDED to the San Bernardino County Superior Court, Case CIVSB2536984.

IT IS HEREBY ORDERED.

DATED: July 15, 2026

By: ______________________________
Hon. Sunshine S. Sykes
District Court Judge

JS-6

## CERTIFICATE OF SERVICE

I hereby certify on July 15, 2026 I electronically filed the foregoing: **[PROPOSED] ORDER GRANTING STIPULATION TO LIMIT PLAINTIFF'S DAMAGES AND REMAND** with the Clerk of the Court for the United States District Court, Central District of California by using the Central District CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the USDC-Central District of California CM/ECF system.

☑ **FEDERAL:** I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on July 15, 2026 at Newport Beach, California.

*/s/ Deborah S. Tropp*
Deborah S. Tropp